# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANGELA CARSTARPHEN, o/b/o ANDREA RUFFIN, | : |
| Plaintiff, | : |
| vs. | : CA 10-0728-CG-C |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 22, 2011 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 11th day of April, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE