# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

ANGELA CARSTARPHEN, o/b/o : 
ANDREA RUFFIN, 
 : 
    Plaintiff, 
 : 
vs.     CA 10-0728-CG-C 
 : 
MICHAEL J. ASTRUE, 
Commissioner of Social Security,    : 
 
    Defendant.     :

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g), see <u>Melkonyan v. Sullivan,</u> 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991), for further proceedings not inconsistent with this decision. The remand pursuant to sentence four of § 405(g) makes the plaintiff a prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, Shalala v. Schaefer, 509 U.S. 292, 112 S.Ct. 2625, 125 L.Ed.2d 239 (1993), and terminates this Court's jurisdiction over this matter.

    **DONE and ORDERED** this 11th day of April, 2011.

    /s/ Callie V. S. Granade  
    UNITED STATES DISTRICT JUDGE