**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ANGELA CARSTARPHEN, o/b/o** | : | |
| **ANDREA RUFFIN,** | | |
| | : | |
| **Plaintiff,** | | |
| | : | |
| **vs.** | | **Civil Action No. 10-0728-CG-C** |
| | : | |
| **MICHAEL J. ASTRUE,** | | |
| **Commissioner of Social Security,** | : | |
| | | |
| **Defendant.** | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 26, 2011 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 13th day of June, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE