IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA CARSTARPHEN, o/b/o ANDREA RUFFIN, | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 10-0728-CG-C |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $563.62 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**DONE and ORDERED** this 13th day of June, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE